**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

In Re: Plaintiff
**Helen Cleveland, P.C.**
4197 Sentinel Post Road, NW, Bldg 2
Atlanta, GA 30327−3905

Case No.: **15−05166−crm**
Judge: **C. Ray Mullins**

− v −

Defendant
**Carolyn Cole**
2451 Cumberland Parkway
Suite 3489
Atlanta, GA 30339

**xxx−xx−6093**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**March 30, 2016** at **10:00 AM** in **Courtroom 1203, Atlanta** to consider and act upon the following:

Plaintiff's Motion for Leave to Amend Complaint and to Extend Discovery Period and Defendant's Response/Objection

1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: February 2, 2016

Form 165ap